Yitzchak Zelman
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
yzelman@marcuszelman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| CHARLES HUBNER, | |
|---|---|
| Plaintiff, | Case No. 3:23-cv-00910-RS |
| v. | |
| TRANSUNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., FIRST PREMIER BANK, and FINGERHUT, | **DISMISSAL ORDER** |
| Defendants. | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 8, 2024 Stipulation of Dismissal, all claims asserted against the last remaining Defendants **EQUIFAX**

**INFORMATION SERVICES, LLC and TRANS UNION, LLC** in Civil Action No. **3:23-cv-00910-RS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 8th day of** __January__**, 2024.**

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE